# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141181(46)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL JOSEPH PARKS,
      Defendant-Appellant.

_____

SC: 141181
COA: 291011
Ingham CC: 08-001225-FH

On order of the Chief Justice, the motion by defendant-appellant for extension of time for filing his brief and appendix is considered and, it appearing the brief and appendix were filed February 24, 2011, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2011

_____
Clerk